No. 77–1677. RICHMAN *v.* SHEVIN, ATTORNEY GENERAL OF FLORIDA, ET AL. Sup. Ct. Fla. Certiorari denied. ■■■

No. 77–1859. HELFAT *v.* SECURITIES AND EXCHANGE COMMISSION ET AL.; and

No. 78–295. KORACORP INDUSTRIES, INC., ET AL. *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. 9th Cir. Certiorari denied. Reported below: 575 F. 2d 692.

No. 77–1868. IN RE JANAVITZ ET AL. C. A. 3d Cir. Certiorari denied.

No. 77–6776. WARD ET UX. *v.* WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 78–7. DELPH ET AL. *v.* UNITED STATES; and

No. 78–34. HAWKINS ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 571 F. 2d 880.

No. 78–19. FRUEHAUF CORP. ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 78–42. CHOATE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78–45. GEORGE HANTSCHO CO., INC. *v.* WANSOR ET AL. C. A. 5th Cir. Certiorari denied.

No. 78–54. KEENER *v.* KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 78–63. MOON *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 78–89. GOELLER *v.* NORTH DAKOTA. Sup. Ct. N. D. Certiorari denied.